# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Hugo Prieto,                                    :
            Petitioner          :
                        :
                        :
          v.                  :    No. 144 C.D. 2021
                        :
The School District of Philadelphia         :
(Department of Education),                  :
            Respondent       :

***PER CURIAM***

## ***ORDER***

AND NOW, this 13th day of Feburary, 2023, upon consideration of Petitioner's Application for reconsideration/reargument, the application is denied.